UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
DEC 11  8 40 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : CASE NO. 3:01CV1881 (JBA) |
| LORNA SMITH | : DECEMBER 8, 2003 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel moves to withdraw his appearance on behalf of the defendant, Lorna Smith. In support of this motion, the undersigned states there has been a total breakdown of communications and the defendant is either unwilling to meet with counsel in his office and has shown a repeated history of missing appointments. Counsel has previously warned the defendant in a letter that he intends to withdraw from the case and has still been unable to meet with the defendant.

Respectfully submitted,

By: _____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Tel. (860) 257-3500

Cf 00016

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 8th day of December 2003 to:

William Collier, AUSA
450 Main Street
Hartford, CT 06103

and by certified mail, return receipt requested this 8th day of December 2003 to:

Lorna Smith (Woolcock)
939 West Boulevard, 2nd Floor
Hartford, CT 06105

*Richard S. Cramer*
Richard S. Cramer