UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| USA | : | FILED |
| v. | : | NO. 3:01cv1881(JBA)  DEC 19  9 09 AM '03 |
| LORNA SMITH | : | U.S. DISTRICT COURT<br>NEW HAVEN, CONN. |

### NOTICE TO DEFENDANT

By his Motion dated December 08, 2003, Attorney Richard S. Cramer seeks Court permission to withdraw his appearance on your behalf [doc. #30]. Pursuant to D. Conn. L. Civ. R. 7(e) this Motion will remain under advisement until January 08, 2004 to give you opportunity to retain replacement counsel or to file your pro se appearance. An appearance on your behalf as set forth above must be filed with the Clerk of Court no later than January 08, 2004.

On January 08, 2004, Attorney Cramer's Motion to Withdraw Appearance [doc. #30] will be granted. If no attorney appearance or pro se appearance has been filed on your behalf by that date, you may be deemed to have failed to plead or otherwise defend, and plaintiff, United States of America, may move for default and default judgment against you under Fed. R. Civ. P. 55. If a default judgment is entered against you, it may only be set aside in accordance with Fed. R. Civ. P. 60(b).

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: **December 18, 2003**