*01-1881 endo*

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

USA                              :

                                          FILED
v.                               :    NO. 3:01cv1881 (JBA)
                                      Apr 2  11 36 AM '04
SMITH                            :
                                      U.S DISTRICT COURT
                                      NEW HAVEN, CONN.

### ENDORSEMENT ORDER [DOC. #30]

Notice to Defendant having issued December 18, 2003 [doc. #31] and absent any response by defendant Lorna Smith, Motion to Withdraw Appearance [doc. #30] is GRANTED.    As set forth in Notice to Defendant [doc. #31], plaintiff may now move for entry of default and default judgment pursuant to Fed. R. Civ. P. 55.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: **April 02, 2004**