UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL NO. 3:01CV1881(JBA) |
| v. | : | |
| | : | |
| LORNA SMITH a/k/a LORNA WOOLCOCK a/k/a PATRICIA SMITH, d/b/a MATHER'S DELI, | : | |
| | : | |
| Defendant. | : | JULY 7, 2004 |

### PLAINTIFF'S MOTION FOR DEFAULT AND DEFAULT JUDGMENT

The plaintiff, the United States of America, moves pursuant to Rules 55(a) and (b), Fed. R. Civ. P., and the Court's "Notice to Defendant" and "Endorsement Order [Doc. #30]," see filing nos. 31 & 32, for default and default judgment against the defendant, Lorna Smith a/k/a Lorna Woolcock a/k/a Patricia Smith, d/b/a Mather's Deli. In support of this motion, the plaintiff submits the accompanying memorandum of law, which incorporates the "Affidavit of Special Agent Angel Plaza."

WHEREFORE, for the reasons set forth in the plaintiff's supporting memorandum of law, the plaintiff requests that the Clerk or the Court enter default and default judgment against the defendant in an amount not less than $45,461.15 nor more than $89,461.15.

Respectfully submitted,

PLAINTIFF
UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


_____

WILLIAM A. COLLIER
ASSISTANT U.S. ATTORNEY
450 MAIN STREET, ROOM 328
HARTFORD, CT 06103
(860) 947-1101
FEDERAL BAR NO. ct00986



## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing was mailed, postage prepaid,

via first-class mail this 7th day of July, 2004, to:

Ms. Lorna Smith (Woolcock)
939 West Boulevard, 2nd Floor
Hartford, CT 06105


_____

WILLIAM A. COLLIER
ASSISTANT U.S. ATTORNEY

2