UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL NO. 3:01CV1881(JBA) |
| v. | : | |
| | : | |
| LORNA SMITH a/k/a LORNA WOOLCOCK a/k/a PATRICIA SMITH, d/b/a MATHER'S DELI, | : | |
| | : | |
| Defendant. | | JULY 7, 2004 |

**PLAINTIFF'S MOTION FOR DEFAULT AND DEFAULT JUDGMENT**

The plaintiff, the United States of America, moves pursuant to Rules 55(a) and (b), Fed. R. Civ. P., and the Court's "Notice to Defendant" and "Endorsement Order [Doc. #30]," see filing nos. 31 & 32, for default and default judgment against the defendant, Lorna Smith a/k/a Lorna Woolcock a/k/a Patricia Smith, d/b/a Mather's Deli. In support of this motion, the plaintiff submits the accompanying memorandum of law, which incorporates the "Affidavit of Special Agent Angel Plaza."

WHEREFORE, for the reasons set forth in the plaintiff's supporting memorandum of law, the plaintiff requests that the Clerk or the Court enter default and default judgment against the defendant in an amount not less than $45,461.15 nor more than $89,461.15.

        Respectfully submitted,

        PLAINTIFF
        UNITED STATES OF AMERICA

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        _____

        WILLIAM A. COLLIER
        ASSISTANT U.S. ATTORNEY
        450 MAIN STREET, ROOM 328
        HARTFORD, CT 06103
        (860) 947-1101
        FEDERAL BAR NO. ct00986

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, via first-class mail this 7th day of July, 2004, to:

Ms. Lorna Smith (Woolcock)
939 West Boulevard, 2nd Floor
Hartford, CT 06105

        _____
        WILLIAM A. COLLIER
        ASSISTANT U.S. ATTORNEY