United States District Court
District of Connecticut

United States of America,

    Plaintiff,     Civil No. 3:01CV1881 (JBA)

V.

Lorna Smith aka Lorna Woolcock
aka Patricia Smith dba Mattars
Deli;

    Defendant     July 9, 2004.

Defendant ~~Plaintiff's~~ Motion for Extension of Time

I ~~Defendant~~ ~~The Plaintiff~~ in the above captioned matter hereby request an extension of time until August 31, 2004 to respond to ~~Defendant's~~ Plaintiff's Motion for Default and Default Judgement. I filed motion to seek "legal aid" representation. Waiting to see if Motion will be granted. Which may not exceed the 20 days. that time that the court has given me. the timing may extend what's need for me to find out, if I'm granted legal aid counseling.

the Defendant

By. Lorna Smith
939 West Blvd
HTFD. Ct. 06105

Certification

This is to certify that a copy of the foregoing has been mailed to the following Counsel of record this 22nd day of July. 04

Mr. William A. Collier
Assistant U.S. Attorney
450 Main Street
Hartford Ct 06105