UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*United State*
Name of Plaintiff/Petitioner

v.                                                    Case No. **3:01CV1881(JBA)**

*Lorna Smith A.K.A. Lorna Woolcock*
Name of Defendant/Respondent

MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: **Lorna Smith**
   Your present mailing address: **939 West Blvd. Htfd Ct 06105**

   Telephone number: **(860) 559-4298 or 294-7131**

2. Are you presently employed? YES ____ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. **Self Employed $250.00**

(Rev. 1/2/03)
Date last worked: **12/2002**

Weekly earnings: **$250.00**

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? _____

   b) interest, dividends, rents or investments of any kind? _____

   c) gifts or inheritances of any kind? _____

6. How much money do you have in any checking or savings account(s)?

   Checking: **$125.00**

   Savings: **$65.00**

   Prison account: _____

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES **X**  NO ____

   If YES, describe the property and state the approximate value: _____

   **IRA —**

   **Car — 1995 Camry**

8. How much money do you owe others? _____

   For each debt, state the name of the creditor and the amount owed:

   | CREDITOR | AMOUNT OWED |
   |---|---|
   | Sears | $230.00 |
   | Filenes | $325.00 |

9. List the persons who depend upon you for support, and state your relationship to them.

_____

_____

_____

_____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed?  YES ____  NO _X_

   If the answer is YES, please provide the following information for each such person:

   Name: _____

   Relationship: _____

   Employer: _____

   Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _____

   Pending Civil Sued Case Concerning Auto Accident and Dog Bite.

   _____

   _____

### NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. III. Never given any money for the present year

(Additional space on next page)

Civil - Federal Food Stamp Claim against me - had legal representation prior but could not afford to maintain him.

3

_____

_____

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES _✗_ NO ___

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name __Richard Kramer (Cramer)__

   Date you contacted this attorney __11/01__

   Method of contact (in person, by telephone, etc.) __in person and by phone__

   Reason why attorney was not employed to handle your case __Couldn't afford to continue to pay attorney fee.__

   b) Attorney's name _____

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _____

   Reason why attorney was not employed to handle your case _____

   c) Attorney's name _____

   Date you contacted this attorney _____

- Method of contact (in person, by telephone, etc.) _____

Reason why attorney was not employed to handle your case _____

15. Explain any other efforts you have made to obtain an attorney to handle your case.

tried to call other legal aid represtation and was told I need to come here, for legal aid assistance.

16. Please provide any other information which supports your application for the court to appoint counsel.

I'm "finaeally" strapped for money. Support right now by family and friends.

17. Do you need a lawyer who speaks a language other than English?
YES ____ NO ✓

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

- I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this

5

- information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

07-22-04
Date

*Lorna Smith*
Original Signature of Movant

LORNA Smith
939 West Blvd
Hartford, CT. 06105
Printed Name and Address of Movant

(Rev. 1/2/03)

If this motion is being filed AFTER the case is opened, the movant is required to serve all opposing parties or their attorneys and a certificate of service is required, showing

all parties served and their addresses in accordance with LR5(b). Failure to supply the certificate of service will result in the motion being returned to the movant, unprocessed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

William A. Collier
Assitant U.S. Attorney
450 Main Street
Hfd CT 06103

_Lorna Smith_
Original Signature of Movant
939 West Blvd
Htfd CT 06105

(Rev. 1/2/03)

7