United States District Court
District of Connecticut

United States Of America

    Plaintiff — Civil No. 3:01CV1881 (JBA)

↓

Lorna Smith AKA Lorna Woolcock
AKA Patricia Smith dba Mathers
Deli,

    I hereby represent myself in this matter.

Lorna Smith
939 West Blvd.
Htfd. Ct 06105
(860) 559-4298-C
(860) 296-7131-#

FILED Oct 6 2 05 PM '04 U.S. DISTRICT COURT NEW HAVEN, CONN.

The Defendant

By Lorna Smith
939 West Blvd
HTFD. Ct. 06105

Certification

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 6th day of October 04.

MR William A Collier
Assistant U.S. Attorney
450 Main Street
Hartford, Ct 06105