United States District Court

District of Connecticut

FILED
Oct 18  2 20 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

United States America
            Plaintiff            Civil No. 3:01 CV 1881
                                              (JBA)

Lorna Smith AKA Lorna Woolcock
AKA Patricia Smith dba mathes
Deli,
            Defendant  —  Oct 15, 2004

## Defendant motion for extension of Time

I Defendant in the above captioned matter
hereby request an extention of time
until November 31, 2004.
        I have spoken with the
plaintiff MR. William collier and He
is working with me at this time.
                        Lorna Smith
                        939 West Blud
                        Htfd. Ct. 06105
                        (860)559-4298

The Defendant

By: Lorna Smith
939 West Blvd
HTFD. Ct. 06105

Certification

This is to certify that a copy of the foregoing has been Mailed to the following Counsel of record this 15th day of October.

MR. William A. Collier
Assitant U.S. Attorney
450 Main Street
Hartford, Ct 06105