UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

USA                                    :

v.                                     :   NO. 3:01cv1881 (JBA)

SMITH                                  :

FILED
2004 OCT 25  A 11: 29
U.S. DISTRICT COURT
NEW HAVEN, CT

ENDORSEMENT ORDER [DOC. #40]

Defendant's Motion for Extension of Time [doc. #40] is GRANTED, absent objection and in part, to and including 11/30/04. <u>Pro se</u> defendant is reminded of the requirements of D. Conn. L. Civ. R. 7(b)(2)(3) [stating good cause for extension of time sought; number of previous extensions sought] and any future non-conforming pleadings will be denied, without prejudice to renew.

Defendant's response to Plaintiff's Motion for Default Pursuant to D. Conn. L. Civ. 55(a) [doc. #33] and Motion for Default Judgment [doc. #34] will be filed on or before 11/15/04. Failure to file a response or show good cause why response cannot be timely filed will result in default being entered and default judgment being entered against defendant.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: October 22, 2004