United States District Court
District of Connecticut

United States of America
  Plaintiff

Civil No. [stamp: 2004 NOV 15 P 2:84]
**FILED**
U.S. DISTRICT COURT
NEW HAVEN, CT

Lorna Smith AKA Lorna Woolcock
AKA Patricia Smith dba Matters/
Deli.
  Defendant —

Nov. 11, 2004

## Defendant motion for extension of time

I Defendant in the above captioned matter hereby request an extention of time until December 3, 2004.

I the Defendant have spoken with the plaintiff Mr. Williams Collier and he ha is working with me at this time.

Lorna Smith
939 West Blvd
Htfd. Ct. 06105
(860) 539-4298

The Defendant
By: Lorina Smith
939 West Blvd.
HTFD. Ct. 06105

Certification

This is to certify that a copy of the foregoing has been mailed to the following Counsel of record this 11th day of November.

Mr. Williams A. Collier
Assistant U.S. Attorney
450 Main Street
Hartford, Ct. 06103