**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **USA** | : |
| **v.** | :   **NO. 3:01cv1881 (JBA)** |
| **SMITH** | : |

### ENDORSEMENT ORDER [DOC. #42]

Defendant's Motion for Extension of Time [doc. #42] is GRANTED, absent objection, to and including 12/3/04.

                                        IT IS SO ORDERED.

                                        Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: November    , 2004**