United States District Court
District of Connecticut

United States of America

    Plaintiff

Lorna Smith AKA Lorna Woolcock
AKA Patricia Smith dba Mather's
Deli

    Defendant

Civil No. 3:01CV1881 (JBA)

FILED 2004 DEC -7 P 1:24
U.S. DISTRICT COURT
NEW HAVEN, CT

Nov. 30, 2004

## Defendant Motion for extension of Time

I the Defendant in the above captioned matter hereby request an extention of time until December 24, 2004.

I the Defendant have spoken with the Plaintiff Mr. Williams Collier and he is working with me at this time.

    Lorna Smith
    939 West Blvd.
    HTFD. Ct. 06105
    (860) 559-4298

The Defendant

By: Lorna Smith
939 West Blvd.
HFD. Ct. 06105

Certification:

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 30th day of November.

Mr. Williams A. Collier
Asst. U.S. Attorney
450 Main Street
Hartford, Ct. 06105