UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL NO. 3:01CV1881(JBA) |
| v. | : | |
| | : | |
| LORNA SMITH a/k/a LORNA WOOLCOCK a/k/a PATRICIA SMITH, d/b/a MATHER'S DELI, | : | |
| | : | |
| Defendant. | | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The plaintiff, the United States of America, and the defendant, Lorna Smith a/k/a Lorna Woolcock a/k/a Patricia Smith, d/b/a Mather's Deli, file this stipulation of dismissal without prejudice pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P.

Respectfully submitted,

PLAINTIFF
UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
WILLIAM A. COLLIER
ASSISTANT U.S. ATTORNEY
450 MAIN STREET, ROOM 328
HARTFORD, CT 06103
(860) 947-1101
FEDERAL BAR NO. ct00986

DEFENDANT
LORNA SMITH

_____
LORNA SMITH
939 WEST BOULEVARD
HARTFORD, CT 06105
(860) 559-4298
APPEARING PRO SE

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the within and foregoing was hand-delivered this 11th day of January, 2005, to:

Ms. Lorna Smith
939 West Boulevard
Hartford, CT 06105

_____
WILLIAM A. COLLIER
ASSISTANT U.S. ATTORNEY